UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRIAN JACKSON )<br>)<br>Plaintiff, )<br>) Civil Action No. 12-12422-LTS<br>v. )<br>)<br>CREDIT MANAGEMENT, LP )<br>and JOHN DOE )<br>)<br>Defendants. )<br> ) | |

**NOTICE OF DISMISSAL OF CLAIMS**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff gives notice dismissing his claims against Credit Management, LP and John Doe without prejudice and without costs.

Respectfully submitted this 14th day of February, 2013.

ROBERT BRIAN JACKSON

by his attorney,

*/s/ John B. O'Donnell*

John B. O'Donnell, BBO# 673351
306 Dartmouth Street
Suite 501
Boston, MA 02116
(617) 716-0282